| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| Debtor 1: | Pete Martinez Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: 82–1447934 | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7   8/21/24 |
| Case number: | 24–70127–smr | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pete Martinez Jr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4524 Corsair Ct<br>Midland, TX 79707–1401 | |
| 4. | **Debtor's attorney**<br>Name and address | Alvaro Martinez Jr.<br>1607 N. Big Spring<br>Midland, TX 79701 | Contact phone (432) 789–1044<br>Email: alvaro@alvaromartinez.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766 | Contact phone 512–733–1311<br>Email: rsatija@haywardfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| Debtor **Pete Martinez Jr** | | Case number **24–70127–smr** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 San Jacinto Blvd, Suite 322<br>Austin, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 8/21/24 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 17, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 357 925 8317, Passcode, 9045283217 or call (737) 279–4747**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/18/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-70127-smr |
| Pete Martinez, Jr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0542-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 309A | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pete Martinez, Jr, 4524 Corsair Ct, Midland, TX 79707-1401 |
| 18747712 | | Alexandra Diaz, 1501 N 9th st, Lamesa, TX 79331 |
| 18747713 | | American Express Business Prime, 28 Liberty St, New York, NY 10005-1400 |
| 18747714 | + | Arturo Borjon, 212 E Simmit, Midland, TX 79701-1909 |
| 18747715 | + | Ashleigh Dolloff, 4613 Kiowa Dr, Midland, TX 79703-6817 |
| 18747716 | + | Ashton McKinney, 1348 Tanglewood, Odessa, TX 79761-3434 |
| 18747718 | | Basin Auto Brokers, 3239 Franklin Ave, Midland, TX 79701-6721 |
| 18747719 | + | Brave National Bank, PO Box 577, Iraan, TX 79744-0577 |
| 18747721 | + | Brockett, McNeel & Pocsik, LLP, 24 Smith Rd Suite 400, Midland, TX 79705-4430 |
| 18747724 | + | Dominguez Savanna / Medrano, Elpidio, 601 N Madison St, Midland, TX 79701-3652 |
| 18747727 | | Experian Dispute, Po Box 1240, Allen, TX 75013-1240 |
| 18747728 | | HAMID-DIRECT AUTOPLEX, 2612 Timberhollow Dr, Little Elm, TX 75068-6879 |
| 18747730 | | Juan Fajardo, 3600 W Loop 250 A#2071, Midland, TX 79701 |
| 18747731 | | KEESEE-ANTONIO, 8911 S County Road 1160, Midland, TX 79706-8025 |
| 18747733 | | Lorenzo, 1313 E 5th St, Odessa, TX 79761-4709 |
| 18747734 | | Lozoya Construction, 6819 N Fm 1788, Midland, TX 79707-8982 |
| 18747735 | + | Luis Bermea-Mendez, 1309 SW Ave G, Andrews, TX 79714-7500 |
| 18747737 | + | Polsinelli PC, 2950 N Harwood St Suite 2100, Dallas, TX 75201-1623 |
| 18747738 | + | Rayfield Jefferson, 3422 Live oak #D, Hobbs, NM 88242-9119 |
| 18747739 | + | Southwest Heritage Cu, Pob 4898, Odessa, TX 79760-4898 |
| 18747740 | | State Comptroller Bankruptcy, Po Box 13528, Austin, TX 78711-3528 |
| 18747742 | | Texas Department of Motor Vehicles, 4000 Jackson Ave, Austin, TX 78731-6007 |
| 18747743 | + | Tracy/ Daniell Valles, 609 Brooks Dr, Midland, TX 79703-6531 |
| 18747747 | | William Greenway, 3605 S County road 13113, Odessa, TX 79765 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alvaro@alvaromartinez.com | Aug 22 2024 22:41:00 | Alvaro Martinez, Jr., 1607 N. Big Spring, Midland, TX 79701 |
| tr | + | EDI: FRSATIJA.COM | Aug 23 2024 02:32:00 | Ron Satija, P.O. Box 660208, Austin, TX 78766-7208 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 22 2024 22:42:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| 18747717 | ^ | MEBN | Aug 22 2024 22:33:10 | Attorney General of the U.S, Main Justice Bldg Room 5111, 10th & Constitution Ave, N.W., Washington, DC 20530-0001 |
| 18747720 | | Email/Text: bankruptcy@brinkshome.com | Aug 22 2024 22:41:00 | Brinks Home Security, Attn: Bankruptcy, 1990 Wittington Pl Attn: Bankruptcy, Dallas, TX 75234-1904 |
| 18747723 | + | EDI: CITICORP | Aug 23 2024 02:32:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 18747725 | Email/Text: noticebnc@dntlaw.com | Aug 22 2024 22:41:00 | Donald L. Turbyfill, 5120 Woodway Dr Ste 9000, Houston, TX 77056-1725 |
| 18747726 | Email/Text: bankruptcycourts@equifax.com | Aug 22 2024 22:41:00 | Equifax Dispute, Po Box 105873, Atlanta, GA 30348-5873 |
| 18747729 | EDI: IRS.COM | Aug 23 2024 02:32:00 | Internal Revenue Service, Po Box 21126, Philadelphia, PA 19114-0326 |
| 18747722 | EDI: JPMORGANCHASE | Aug 23 2024 02:32:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 18747732 | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 22 2024 22:41:00 | Linebarger Goggan, Blair & Sampson LLP, 711 Navarro, Suite 300, San Antonio, TX 78205 |
| 18747736 | Email/Text: bcd@oag.texas.gov | Aug 22 2024 22:41:00 | Office of the Texas Attorney General, Po Box 12548, Austin, TX 78711-2548 |
| 18747741 | Email/Text: bcd@oag.texas.gov | Aug 22 2024 22:41:00 | Texas Attorney General, Bankruptcy - Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 18747744 | ^ MEBN | Aug 22 2024 22:32:56 | TransUnion Dispute, Po Box 2000, Chester, PA 19016-2000 |
| 18747745 | ^ MEBN | Aug 22 2024 22:33:20 | Veros Credit, LLC, Kiana Martinez, 2333 N Broadway Ste 400, Santa Ana, CA 92706-1656 |
| 18747746 | ^ MEBN | Aug 22 2024 22:33:18 | Veros Credit, LLC, 2333 N Broadway Ste 400, Santa Ana, CA 92706-1656 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024        Signature:        /s/Gustava Winters