Debtor 1     **Pete**                              **Martinez, Jr**
             First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing)
             First Name        Middle Name         Last Name

United States Bankruptcy Court for the:     **Western District of Texas**

Case number          **24-70127**
(if known)

☑ Check if this is an
   amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new _Summary_ and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |

1. _Schedule A/B: Property_ (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from _Schedule A/B_.......................................................... | **$2,326,098.00**

   1b. Copy line 62, Total personal property, from _Schedule A/B_.............................................. | **$156,300.00**

   1c. Copy line 63, Total of all property on _Schedule A/B_....................................................... | **$2,482,398.00**

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |

2. _Schedule D: Creditors Who Have Claims Secured by Property_ (Official Form 106D)

   2a. Copy the total you listed in Column A, _Amount of claim_, at the bottom of the last page of Part 1 of _Schedule D_....... | **$5,110,238.00**

3. _Schedule E/F: Creditors Who Have Unsecured Claims_ (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of _Schedule E/F_.................................... | **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of _Schedule E/F_................................. | + **$386,287.38**

   **Your total liabilities** | **$5,496,525.38**

### Part 3:  Summarize Your Income and Expenses

4. _Schedule I: Your Income_ (Official Form 106I)

   Copy your combined monthly income from line 12 of _Schedule I_............................................................. | **$8,981.92**

5. _Schedule J: Your Expenses_ (Official Form 106J)

   Copy your monthly expenses from line 22c of _Schedule J_................................................................... | **$8,979.00**

| Debtor 1 | **Pete** | | **Martinez, Jr** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____

Case number _____**24-70127**_____

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Legal: Acres: 0.552, BLK: 006, LOTS:35(-99.93SF)&36(W1), ADDN: GREEN TREE NORTH, SEC 10**
Street address, if available, or other description

**4524 Corsair Ct**

**Midland, TX 79707-1401**
City            State       ZIP Code

**Midland**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **Midland CAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,341,700.00 | $1,341,700.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2**   **GARDENALE TERRACE**
          **BLOCK 1 LOT 18, Ector**
          **County, TX**

Street address, if available, or other description

**9310 Arboledas Dr**

**Gardendale, TX 79758**

City          State       ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $753,242.00 | $753,242.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: **3 Condos**

---

**1.3**   **GARDENALE TERRACE**
          **BLOCK 1 LOT 19, Ector**
          **County, TX**

Street address, if available, or other description

**Arboledas Dr**

**Gardendale, TX 79758**

City          State       ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $26,712.00 | $26,712.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: **Land**

---

**1.4**   **GARDENALE TERRACE**
          **BLOCK 1 LOT 20, Ector**
          **County, TX**

Street address, if available, or other description

**Arboledas Dr**

**Gardendale, TX 79758**

City          State       ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $26,845.00 | $26,845.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

**Source of Value:** **ECAD**

**1.5**    **GARDENALE TERRACE BLOCK 3 LOT 7, Ector County, TX**

Street address, if available, or other description

**La Calma**

**Gardendale, TX 79758**

City      State      ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **Land**

Source of Value: **ECAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$97,411.00**      **$97,411.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

---

**1.6**    **GARDENALE TERRACE BLOCK 5 LOT 2, Ector County, TX**

Street address, if available, or other description

**La Calma**

**Gardendale, TX 79758**

City      State      ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **Land**

Source of Value: **ECAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$49,718.00**      **$49,718.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

---

**1.7**    **GARDENALE TERRACE BLOCK 5 LOT 3**

Street address, if available, or other description

**La Calma**

**Gardendale, TX 79758**

City      State      ZIP Code

**Ector**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **Sold on October 1, 2024**

Source of Value: **ECAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$30,470.00**      **$30,470.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..........................................................➔   | $2,326,098.00 |

---

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make: __Ford__       **Who has an interest in the property?** Check one.      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Model: __F-250__
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   Year: __2018__
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   | Current value of the entire property? | Current value of the portion you own? |
   | $50,000.00 | $50,000.00 |

   Approximate mileage: _____      ☐ **Check if this is community property** (see instructions)

   Other information:

If you own or have more than one, describe here:

3.2   Make: __GMC__       **Who has an interest in the property?** Check one.      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Model: __Yukon__
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   Year: __2021__
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   | Current value of the entire property? | Current value of the portion you own? |
   | $40,000.00 | $40,000.00 |

   Approximate mileage: _____      ☐ **Check if this is community property** (see instructions)

   Other information:

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1   Make: _____       **Who has an interest in the property?** Check one.      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Model: __Boat__
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   Year: __2011__
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   | Current value of the entire property? | Current value of the portion you own? |
   | $20,000.00 | $20,000.00 |

   Other information:
   **GOE Marine & Custom Repair Shop being repaired**      ☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

4.2   Make: _____

      Model: **Jet Skis set**

      Year: **2014**

      Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,000.00 | $6,000.00 |

4.3   Make: _____

      Model: **Trailer**

      Year: **2019**

      Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................. ➡   | $141,000.00 |

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**

     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes. Describe. .........   | Household goods and furnishings | $1,500.00 |

7.   **Electronics**

     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes. Describe. .........   | Electronics | $500.00 |

8.   **Collectibles of value**

     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☐ No
     ☑ Yes. Describe. .........   | Collectibles of value. Sports collectibles. | $500.00 |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | Equipment for sports and hobbies | $200.00 |

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No

   ☑ Yes. Describe. .........

   | 308,7mm,9mm,380 | $250.00 |

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........

   | Clothes | $200.00 |

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........

   | Wedding bands, watch, earrings and necklace. | $1,000.00 |

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........

   | 2 dogs | $100.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................................... ➔

   | $4,250.00 |

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No

   ☐ Yes ....................................................................................................................... Cash: ...................

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ......................     Institution name:

      17.1. Checking account:     **Southwest Heritage FCU**         **$50.00**

      17.2. Checking account:     **Wells Fargo**         **$10,000.00**

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ......................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them...................     Name of entity:         % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................     Issuer name:

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ☐ Yes. List each
      account separately.    Type of account:    Institution name:

   401(k) or similar plan:    _____    _____

   Pension plan:    _____    _____

   IRA:    _____    _____

   Retirement account:    _____    _____

   Keogh:    _____    _____

   Additional account:    _____    _____

   Additional account:    _____    _____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
   others

   ☑ No

   ☐ Yes .....................    Institution name or individual:

   Electric:    _____    _____

   Gas:    _____    _____

   Heating oil:    _____    _____

   Security deposit on rental unit:    _____    _____

   Prepaid rent:    _____    _____

   Telephone:    _____    _____

   Water:    _____    _____

   Rented furniture:    _____    _____

   Other:    _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ....................    Issuer name and description:

   _____    _____

   _____    _____

   _____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ...................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____

_____    _____

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...    [_____]    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...    [_____]    _____

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...    [_____]    _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................    [_____]    Federal:    _____

State:    _____

Local:    _____

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                      _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                      _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...............                                      _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...............                                      _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........                                      _____

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................... ➡    | $10,050.00 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.   **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.   **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. .........

39.   **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe. .........

**Momentum Auto Group, LLC
3915 W. Wall Street,
Midland, TX, 79703
Listed for informational purposes.**

$1,000.00

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe. .........

41.   **Inventory**

☑ No
☐ Yes. Describe. .........

**42.** **Interests in partnerships or joint ventures**

☐ No

☑ Yes. Describe .......

|  | Name of entity: | % of ownership: |  |
|---|---|---|---|
|  | **Automotive Repair & Collision of Midland, LLC**<br>**3915 West Wall, Midland, TX,**<br>**Opened on 7/1/2024**<br>**Debtor is 100% owner** | __100.00%__ | __unknown__ |
|  | **Momentum Auto Group, LLC. Filed chapter 7 bankruptcy.**<br>**Assets being listed for disclosure purposes.** | __100.00%__ | __unknown__ |
|  | **PMRL Investments, LLC**<br>**50% interest.**<br>**Not operational since 2021.** | __100.00%__ | __$0.00__ |
|  | **Rapid Warranties, LLC**<br>**50% interest**<br>**Not operational since June 2023.** | __100.00%__ | __$0.00__ |
|  | **Tejas Builders, LLC**<br>**Construction and Development**<br>**100% owner** | __100.00%__ | __unknown__ |

**43.** **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. .........

**44.** **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific<br>information .........

**45.** **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**<br>**for Part 5. Write that number here** ................................................................................................................... ➔ | __$1,000.00__ |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>**If you own or have an interest in farmland, list it in Part 1.** |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

<table>
<tr><td></td><td>**Current value of the portion you own?**<br>Do not deduct secured claims or exemptions.</td></tr>
</table>

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................   _____   _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............   _____   _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................   _____   _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................   _____   _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............   _____   _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................................................................................... ➔   **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............   _____   _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................................ ➔   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55.  **Part 1: Total real estate, line 2** ........................................................................................................➤   | **$2,326,098.00** |

56.  **Part 2: Total vehicles, line 5**                                    $141,000.00

57.  **Part 3: Total personal and household items, line 15**              $4,250.00

58.  **Part 4: Total financial assets, line 36**                          $10,050.00

59.  **Part 5: Total business-related property, line 45**                 $1,000.00

60.  **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61.  **Part 7: Total other property not listed, line 54**              +  $0.00

62.  **Total personal property.** Add lines 56 through 61. ...........   $156,300.00     Copy personal property total ➤   +  $156,300.00

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ..........................................................   $2,482,398.00

| Debtor 1 | **Pete** | | **Martinez, Jr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number **24-70127**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Legal: Acres: 0.552, BLK: 006, LOTS:35(-99.93SF)&36(W1), ADDN: GREEN TREE NORTH, SEC 10**  **4524 Corsair Ct Midland, TX 79707-1401** | **$1,341,700.00** | ☑ **$787,462.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Line from *Schedule A/B*: **1.1** | | | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

| Part 2: | Additional Page | | | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **2018 Ford F-250**  Line from *Schedule A/B:* **3.1** | **$50,000.00** | ☑ | **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2021 GMC Yukon**  Line from *Schedule A/B:* **3.2** | **$40,000.00** | ☑ | **$40,000.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Household goods and furnishings**  Line from *Schedule A/B:* **6** | **$1,500.00** | ☑ | **$1,500.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Electronics**  Line from *Schedule A/B:* **7** | **$500.00** | ☑ | **$500.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Equipment for sports and hobbies**  Line from *Schedule A/B:* **9** | **$200.00** | ☑ | **$200.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **308,7mm,9mm,380**  Line from *Schedule A/B:* **10** | **$250.00** | ☑ | **$250.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothes**  Line from *Schedule A/B:* **11** | **$200.00** | ☑ | **$200.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

| Debtor 1 | **Pete** | | **Martinez, Jr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____

Case number (if known) **24-70127** _____

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **Brave National Bank**

Creditor's Name

**PO Box 577**

Number        Street

**Iraan, TX**

City        State        ZIP Code

| | Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|---|
| Describe the property that secures the claim: | $56,000.00 | $50,000.00 | $6,000.00 |

**2018 Ford F-250**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Brave National Bank loaned $4.5 million to Momentum Auto Group. Pete Martinez and Tejas Builders, LLC are guarantors.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $56,000.00 |
|---|---|

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2 Brave National Bank**

Creditor's Name

**PO Box 577**

Number    Street

**Iraan , TX**

City        State    ZIP Code

**Describe the property that secures the claim:** $4,500,000.00    $984,398.00    $3,515,602.00

**See Attachment**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.3 Southwest Heritage Cu**

Creditor's Name

**Pob 4898**

Number    Street

**Odessa, TX 79760**

City        State    ZIP Code

**Describe the property that secures the claim:** $554,238.00    $1,341,700.00    $0.00

**Legal: Acres: 0.552, BLK: 006, LOTS:35(-99.93SF)&36(W1), ADDN: GREEN TREE NORTH, SEC 10**

**4524 Corsair Ct Midland, TX 79707-1401**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred    **6/1/2023**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number    **2**  **7**  **5**  **0**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$5,054,238.00** | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$5,110,238.00** | |

Attachment Page

| 2.2 | **Describe the property that secures the claim:** |

GARDENALE TERRACE BLOCK 1 LOT 18, Ector County, TX
9310 Arboledas Dr Gardendale, TX 79758

GARDENALE TERRACE BLOCK 1 LOT 20, Ector County, TX
Arboledas Dr Gardendale, TX 79758

GARDENALE TERRACE BLOCK 1 LOT 19, Ector County, TX
Arboledas Dr Gardendale, TX 79758

GARDENALE TERRACE BLOCK 3 LOT 7, Ector County, TX
La Calma Gardendale, TX 79758

GARDENALE TERRACE BLOCK 5 LOT 2, Ector County, TX
La Calma Gardendale, TX 79758

GARDENALE TERRACE BLOCK 5 LOT 3
La Calma Gardendale, TX 79758

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

Debtor 1    **Pete**          **Martinez, Jr**

       First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)

       First Name       Middle Name       Last Name

United States Bankruptcy Court for the:     **Western District of Texas**

Case number     **24-70127**
(if known)

☑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Pete Martinez, Jr**

    Pete Martinez, Jr, Debtor 1

Date **10/08/2024**

    MM/ DD/ YYYY

| Debtor 1 | **Pete** | | **Martinez, Jr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Texas** | |
| Case number (if known) | **24-70127** | | |

☑ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Southwest Heritage Cu** <br><br> Description of property securing debt: **Legal: Acres: 0.552, BLK: 006, LOTS:35(-99.93SF)&36(W1), ADDN: GREEN TREE NORTH, SEC 10** <br> **4524 Corsair Ct Midland, TX 79707-1401** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☑ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Brave National Bank** <br><br> Description of property securing debt: **2018 Ford F-250** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☑ No <br> ☐ Yes |

## Additional Page for Part 1

| | | | |
| --- | --- | --- | --- |
| Creditor's name: | **Brave National Bank** | ☑ Surrender the property. | ☑ No |
| Description of property securing debt: | **GARDENALE TERRACE BLOCK 1 LOT 18, Ector County, TX** | ☐ Retain the property and redeem it. | ☐ Yes |
| | 9310 Arboledas Dr Gardendale, TX 79758 | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | **GARDENALE TERRACE BLOCK 1 LOT 20, Ector County, TX** | ☐ Retain the property and [explain]: | |
| | Arboledas Dr Gardendale, TX 79758 | | |
| | **GARDENALE TERRACE BLOCK 1 LOT 19, Ector County, TX** | | |
| | Arboledas Dr Gardendale, TX 79758 | | |
| | **GARDENALE TERRACE BLOCK 3 LOT 7, Ector County, TX** | | |
| | La Calma Gardendale, TX 79758 | | |
| | **GARDENALE TERRACE BLOCK 5 LOT 2, Ector County, TX** | | |
| | La Calma Gardendale, TX 79758 | | |

GARDENALE TERRACE BLOCK 5 LOT 3<br/><small>La Calma Gardendale, TX 79758</small>

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br> ☐ Yes |

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Pete Martinez, Jr** _____

Signature of Debtor 1

Date **10/08/2024** _____
　　　MM/ DD/ YYYY